1
2
3
4
5

6                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
7                              AT SEATTLE

8  UNITED STATES OF AMERICA,        )
                                    )
9                     Plaintiff,    )   Case No. CR08-196-RSL
                                    )
10           v.                     )   **PROPOSED FINDINGS OF FACT**
                                    )   **AND DETERMINATION AS TO**
11  DAVID JAMES OLSEN,              )   **ALLEGED VIOLATIONS OF**
                                    )   **SUPERVISED RELEASE**
12                    Defendant.    )

13                              INTRODUCTION

14    I conducted a hearing on alleged violations of supervised release in this case on October 19,

15  2010.  The defendant appeared pursuant to summons issued in this case.  The United States was

16  represented by Matthew Pittman, and defendant was represented by Stewart P. Riley.  Also

17  present was U.S. Probation Officer Tom Fitzgerald.  The proceedings were digitally recorded.

18                         SENTENCE AND PRIOR ACTION

19    Defendant was sentenced on October 10, 2008 by the Honorable Robert S. Lasnik for

20  Misprision of a Felony.  He received 12 months detention (6 months of which was served on

21  home confinement) and 3 years of supervised release.

22                         PRESENTLY ALLEGED VIOLATIONS

23    In a petition dated September 20, 2010, U.S. Probation Officer Brian Facklam alleged that

PROPOSED FINDINGS OF FACT AND DETERMINATION AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE - 1

defendant violated the following conditions of supervised release:

1. Using alcohol on or before August 12, 2010, in violation of standard condition 7.

2. Using marijuana on or before August 12, 2010, in violation of standard condition 7.

FINDINGS FOLLOWING EVIDENTIARY HEARING

Defendant admitted the above violations, waived any hearing as to whether they occurred, and was informed the matter would be set for a disposition hearing on November 5, 2010 at 1:30 p.m. before District Judge Robert S. Lasnik.

RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 19th day of October, 2010.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge